UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GERARDO SIGUENZA HERNANDEZ,

        Petitioner,

v.

JOHN GRADISKA et al.,

        Respondents.

_____/

Case No. 1:25-cv-1672

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

Dated: December 17, 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge